SARAH T. REILLY, Appellant, *v.* ALBERT SIMONSON, Respondent.

*Reilly* v. *Simonson,* 154 App. Div. 921, appeal dismissed.
(Argued January 27, 1916; decided February 4, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1913, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff while riding in a passenger elevator maintained by defendant and operated by

his servant. The question was as to whether the finding of negligence by the jury was supported by the evidence.

*Harford T. Marshall* for appellant.

*Theodore H. Lord* and *Lyman A. Spalding* for respondent.

*Per Curiam.* The appellant presents for our consideration a doubtful and serious question which we are unable to determine, for the reason that the form of the order does not enable us to assume jurisdiction. (*Caponigri* v. *Altieri*, 164 N. Y. 476; *Wright* v. *Smith*, 209 N. Y. 249.)

The appeal must be dismissed, with costs.

WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ., concur.

Appeal dismissed.